IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WACO HOLDINGS INC., | : | Case No. 11-17843 |
| | : | |
| WACO INTERNATIONAL CORPORATION, | : | Case No. 11-17844 |
| | : | |
| WACO COMMON PAYMASTER, INC., | : | Case No. 11-17845 |
| | : | |
| WACO INTERNATIONAL (WEST), INC., | : | Case No. 11-17848 |
| | : | |
| ARISE SCAFFOLDING & EQUIPMENT, INC., | : | Case No. 11-17849 |
| | : | |
| WACO INTERNATIONAL INCORPORATED, | : | Case No. 11-17850 |
| | : | |
| WACO EQUIPMENT CO., | : | Case No. 11-17851 |
| | : | |
| | : | Judge Arthur I. Harris |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that North American Scaffolding, Inc., creditor and party in interest, through counsel, Drew T. Parobek of Vorys, Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following address:

>Drew T. Parobek, Esq. (OH-0016785)
>Vorys, Sater, Seymour and Pease LLP
>1375 East Ninth Street
>Cleveland, Ohio 44114
>Telephone: 216-479-6162
>Facsimile: 216-937-3736
>E-mail: dtparobek@vorys.com

The undersigned consents to service by email in this case and further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Drew T. Parobek
Drew T. Parobek (OH-0016785)
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
Cleveland, Ohio 44114
Telephone: 216-479-6162
Facsimile: 216-937-3736
E-mail: dtparobek@vorys.com
*Attorney for North American Scaffolding, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance was electronically transmitted on or about September 12, 2011 via the Court's CM/ECF system to all parties listed on the Court's Electronic Mail Notice list, including those listed below.

Kari B. Coniglio
coniglio@beneschlaw.com

Stuart A. Laven
slaven@beneschlaw.com

William E Schonberg
wschonberg@beneschlaw.com

/s/ Drew T. Parobek
Drew T. Parobek, Esq.
*One of the Attorneys for North American Scaffolding, Inc.*