**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | : | Case No. 11-17843 |
| Waco Holdings Inc. | : | Chapter 7 |
| Debtor. | : | Judge Arthur I. Harris |

**SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO, TAX DEPARTMENT**

PLEASE TAKE NOTICE that the State of Ohio, TAX DEPARTMENT ("UT100") appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address:

> Keith D. Weiner
> Special Counsel to the Ohio Attorney General
> Keith D. Weiner & Assoc. Co. LPA
> 75 Public Sq. 4th Fl.
> Cleveland, Ohio 44113
> 216-771-6500
> 216-771-0133 (FAX)
> bankruptcy@weinerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of "UT100."

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio or any of its other departments, agencies, boards, or other instrumentalities.

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Special Counsel to the Ohio
Attorney General
Keith D. Weiner & Assoc. Co. LPA
75 Public Sq. 4th Floor
Cleveland, Ohio 44113
216-771-6500
216-771-0133 (fax)
bankruptcy@weinerlaw.com

# CERTIFICATE OF SERVICE

I, Keith D. Weiner, hereby certify that the foregoing notice was sent by regular U.S. mail, postage prepaid, January 11, 2013 upon the following parties:

Waco Holdings Inc.
4545 Spring Road
Cleveland, OH 44131

Richard A Baumgart
1801 East 9th Street  #1100
Cleveland, OH 44114

Office of the US Trustee
HMM US Courthouse
201 Superior Ave. Ste 441
Cleveland, Ohio 44114

Robert W Bollar
Southern Counties Oil Co.
1800 W. Katella Ave #400
P.O. Box 4159
Orange, CA 92863-4159

Commonwealth of PA Dept of Labor & Industry
Attn: Joseph Kots
625 Cherry St. Room 203
Reading, PA 19602-1152

EdgePoint Capital Advisors, LLC
3700 Park East Drive Suite 160
Beachwood, OH 44122

Indiana/Kentucky/Ohio Regional Council of Carpenters
3615 Chester Ave.
Cleveland, OH 44114

Navistar Leasing Company
425 N. Martingale Road Suite 1800
Schaumburg,, IL 60173

Parkland Group Inc
1375 E 9th St
1 Cleveland Center#1350
Cleveland, OH 44114

I, Keith D. Weiner, hereby certify that the foregoing notice was electronically transmitted on or about January 11, 2013 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- **Steven L Ball**   sball@balltanourylaw.com, KBerger@balltanourylaw.com
- **Richard A Baumgart**   baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
- **Richard A Baumgart**   rbaumgart@dsb-law.com
- **Deke W. Bond**   dbond@gkllaw.com
- **Carrie M Brosius**   cmbrosius@vorys.com, mborr@vorys.com
- **Judy K. Brown**   jkbrown@levy-law.com
- **Frederick S. Coombs**   fcoombs@hhmlaw.com
- **Andrew A. Crampton**   acrampton@ggcounsel.com
- **David A. Dachner**   bexleytitle@sbcglobal.net
- **Garrison H. Davidson**   gdavidson@deconsel.com
- **Faye Dian English**   bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- **Scott D. Fink**   bronationalecf@weltman.com
- **Harry W Greenfield**   bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- **Manju Gupta**   mgupta@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;lo'shaughnessy@mcdonaldhopkins.com
- **Robert G. Hanseman**   rhanseman@ssdlaw.com
- **Christopher M. Hill**   chrish@hillslaw.com, tinariggs@hillslaw.com
- **Patrick A. Hruby**   phruby@dsb-law.com
- **Cynthia A Jeffrey**   ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- **Joseph A Kacyon**   joe@joekacyon.com
- **Theodore A Konstantinopoulos**   ndohbky@jbandr.com
- **Richard E. Kruger**   rkruger@jaffelaw.com, dburris@jaffelaw.com

- **Sean D Malloy**  smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;jpolinko@mcdonaldhopkins.com;tmathews@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com

- **Scott N Opincar**  sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

- **Alexis Courtney Osburn**  aosburn@bakerlaw.com, fairfinancedocket@bakerlaw.com

- **Drew T Parobek**  dtparobek@vorys.com

- **Timothy Paul Piatt**  tppiatt@mgplaborlaw.com

- **Timothy R. Piatt**  tpiatt@mgplaborlaw.com, tcrable@mgplaborlaw.com

- **Timothy C. Reuter**  treuter@centralstatesfunds.org

- **Tim Robinson**  tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com

- **William E Schonberg**  wschonberg@beneschlaw.com, docket@beneschlaw.com;cgreen@beneschlaw.com;lbehra@beneschlaw.com

- **Robert M Stefancin**  robert.stefancin@icemiller.com, susan.browdy@icemiller.com

- **Roger J. Stevenson**  rstevenson@ralaw.com

- **United States Trustee**  (Registered address)@usdoj.gov

- **Michael S Tucker**  mtucker@ulmer.com

- **Laura J. Walker**  lwalker@cablehuston.com, mmccord@cablehuston.com

- **Dennis J. Wickham**  wickham@scmv.com, nazari@scmv.com

- **Michael B Willey**  agbankohio@ag.tn.gov, michael.willey@ag.tn.gov

- **Donald Wilson**  dwj@bowwlaw.com, kaj@bowwlaw.com

- **Derrick Rippy ust11**  derrick.v.rippy@usdoj.gov

      /s/Keith D. Weiner  
      Keith D. Weiner (#0029000)