The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 20, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 20, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO – EASTERN DIVISION

| In Re: | Case No.: 11-17843 |
|---|---|
| Waco Holdings, Inc., *et al.*, | Chapter 7 |
| Debtors. | Judge: Arthur I. Harris |

### AGREED ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIMS

THIS MATTER having come before the Court upon the various motions (the "Motions") of (1) Varilease Finance, Inc.; (2) Moss Street Properties; (3) Laborers International Union of North America, Local 310; (4) Edco Tool & Supply; (5) James R. Bingham; Burckhardt Properties, LLC; Katherine Marsh; Douglas G. Fiege; Kay M. Fiege; Sursattie Persaud; Sarah J. Bateman; Sidney H. Leung; Peter Bell, and Richard K. Mathews, d/b/a 401 Kompany (collectively, the "Minnesota Landlord")); (6) Waco Spring Road, LLC; (7) Leeward Marine, Inc.; (8) Aston Hotels & Resorts, LLC; and (9) Buffalo Laborers Benefit Funds, for allowance

of a chapter 11 administrative expense claim. The Court having considered the Motions, and upon the agreement of the Movants and the chapter 7 trustee for the Debtors' estates as indicated below, and it appearing to the Court that granting the relief on the terms and conditions as specified herein is the best interests of the estates, and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Movants are allowed a chapter 11 administrative expense claims in the amounts set forth on Exhibit "A" attached hereto and incorporated herein by reference of equal priority and *pari passu* with all other chapter 11 administrative expense claims allowed by the Court in each of the *Waco Equipment Co.* and *Waco International Corporation* chapter 7 cases, case numbers 11-17851 and 11-17844, respectively, pursuant to 11 U.S.C. § 503(b)(1).

2. Notwithstanding the allowance of Movants' chapter 11 administrative expense claims as provided herein, payment on account of such claim from the estates shall be deferred until the earlier of: (i) the Trustee's administration of the Debtors' chapter 7 estates, (ii) payment of any other chapter 11 administrative expense claims allowed pursuant to 11 U.S.C. § 503(b) or otherwise, and (iii) further order of the Court regarding distributions generally to holders of allowed chapter 11 administrative expense claims.

**3.** Notwithstanding the allowance of Movant's chapter 11 administrative expense claim against the estates of both *Waco Equipment Co.* and *Waco International Corporation*, Movants' recoveries shall not exceed, in the aggregate, the respective amounts set forth on Exhibit "A".

4. As relates to Local 310's claims, the balance of the claims not itemized in Exhibit "A" in the respective amounts of (a) $36,169.87 for vacation pay and personal pay owed, and (b) $3,750.00 for boot vouchers shall be allowed as general unsecured claims.

5. **AGREED TO:**

/s/ Kim Martin Lewis
Kim Martin Lewis (OH# 0043533)
DINSMORE & SHOHL LLP
255 East Fifth St., Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
kimlewis@dinsmore.com
*Attorney for Minnesota Landlord*

/s/Richard Baumgart
Richard Baumgart (OH# 0002664)
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, OH 44113
Telephone: (216) 696-6000
Facsimile: (216) 696.3338
phruby@dsb-law.com
*Attorney for Richard Baumgart, Chapter 7 Trustee of Waco Holdings, Inc., et al.*

/s/Andrew Crampton
Goldstein & Gragel LLC
1040 Leader Bldg.
526 Superior Ave. East
Cleveland, Ohio 44114
216-771-6633
acrampton@ggcounsel.com
Attorneys for Local 310

/s/Richard Kruger
Richard E. Kruger (pro hac vice)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
248-351-3000
rkruger@jaffelaw.com
*Attorneys for Varilease Finance, Inc.*

<div style="display: flex;">
<div>

*/s/Drew Parobek*
Drew Parobek
Vorys Sater Seymour & Pease LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
216-479-6100
dtparobek@vorys.com
Attorneys for Aston Hotels and Resorts and for Leeward Marine, Inc.

</div>
<div>

*/s/Joy K. Mele*
Joy K. Mele
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, New York 10004
212-269-2500
jmele@gkllaw.com
Attorneys for Buffalo Laborers Benefit Funds

</div>
</div>

*/s/David Dachner*
David Dachner (#0023994)
2369 E. Main St.
Columbus, OH 43209
614-236-1950
bexleytitle@sbcglobal.net
Attorneys for Edco Tool & Supply

# # #

**Order Submitted by:**

/s/ Richard A. Baumgart
Richard A. Baumgart (0002664)
Dettelbach, Sicherman & Baumgart LLC
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone 216-696-6000
Fax 216-696-3338
rbaumgart@dsb-law.com
Attorneys for Trustee

# SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Richard Baumgart rbaumgart@dsb-law.com

Derrick.V.Rippy derrick.v.rippy@usdoj.gov

Kim Martin Lewis  kimlewis@dinsmore.com

Drew Parobek dtparobek@vorys.com

Andrew Crampton acrampton@ggcounsel.com

Joy Mele jmele@gkllaw.com

David Dachner bexleytitle@sbcglobal.net

Richard Kruger rkruger@jaffelaw.com

|  | Exhibit "A" |  |  |
| --- | --- | --- | --- |
| CLAIMANT | AMOUNT | DOCKET # |  |
| Varilease Finance, Inc. | $18,403.28 | 253 |  |
| Moss Street Properties | $65,626.01 | 254 |  |
| Laborers Int'l Union of N. Am., Local 210 | 17,293.25 | 224 | §503(b)(1)(A) |
| Laborers Int'l Union of N. Am., Local 210 | $46,071.28 | 230 | §507(a)4) |
| Edco Tool & Supply | $562.39 | 281 |  |
| Sarah J. Bateman, et al. | $9,486.00 | 291 |  |
| Waco Spring Road, LLC | Waived per Separate Settlement | 294 |  |
| Leeward Marine, Inc. | $26,982.00 | 297 |  |
| Aston Hotels & Resorts, LLC | $24,894.04 | 299 |  |
| Buffalo Laborers Benefit Funds | $6,388.80 | 313 |  |