IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WACO HOLDINGS INC., *et al.*[1], | ) | Case No. 11-17843-AIH |
| | ) | (Consolidated) |
| | ) | |
| Debtors. | ) | Judge Arthur I. Harris |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Tyson A. Crist with the law firm Ice Miller LLP, which has appeared as counsel for Moss Street Properties in the above-captioned cases,[2] hereby requests, pursuant to Rules 9010(b) and 2002(g) of the Federal Rules of Bankruptcy Procedure and LBR 2002-1, that all notices be mailed and delivered to the undersigned. Please serve a copy of all notices, papers, and pleadings filed or served in the above-captioned cases upon the undersigned at the address set forth below:

Tyson A. Crist
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-2243
Facsimile: (614) 224-3266
Tyson.Crist@icemiller.com

---

[1] The Debtors in these consolidated cases are Waco Holdings, Inc. (Case No.: 11-17843); Waco International Corporation (Case No.: 11-17844); Waco Common Paymaster (Case No.: 11-11-17845); Waco International West, Inc. (Case No.: 11-17848); Arise Scaffolding and Equipment, Inc. (Case No. : 11-17849); Waco International Incorporated (Case No.: 11-17850); and Waco Equipment Company (Case No: 11-17851).

[2] On February 10, 2012, Ice Miller LLP filed the *Motion of Moss Street Properties for Allowance and Payment of Administrative Expense Claim* (Doc. 235) (the "Motion"), which resulted in the *Agreed Order* (Doc. 254) granting the Motion, entered on March 1, 2012, allowing Moss Street Properties' administrative expense claim of $65,626.01—the Rent Claim as defined therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests to be added to the Clerk's mailing matrix in these cases and the CM/ECF electronic notice list maintained by the Court.

Dated: December 9, 2019
Columbus, Ohio

Respectfully submitted,

ICE MILLER LLP

*/s/ Tyson A. Crist*
Tyson A. Crist           (0071276)
250 West Street, Suite 700
Columbus, OH  43215
Telephone:  (614) 462-2243
Facsimile:  (614) 224-3266
Tyson.Crist@icemiller.com

*Counsel for Moss Street Properties*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019 a copy of the foregoing *Notice of Appearance and Request for Notice* was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in the above-captioned cases at the email addresses registered with the Court (ii) by regular U.S. mail, postage prepaid, addressed to:

Richard A. Baumgart
Dettelbach, Sicherman & Baumgart
55 Public Square, 21st Floor
Cleveland, OH  44113-1902

*Attorney for Richard A. Baumgart,*
*Chapter 7 Trustee of*
*Waco Holdings, Inc., et al.*

/s/ Tyson A. Crist
Tyson A. Crist