United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 11-17843-skk
Waco Holdings Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: jlund 
Date Rcvd: Apr 30, 2026 Form ID: pdf810 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Waco Holdings Inc., 4545 Spring Road, Cleveland, OH 44131-1023 |
| aty | | Ace Group of Insurance, Buckley King LPA, 600 Superior Avenue, 1400 Fifth Third Center, Cleveland, OH 44114 |
| aty | + | Dettlebach, Sicherman & Baumgart, 1801 East Ninth Street, Suite 1100, Cleveland, OH 44114-3103 |
| aty | + | Official Committee of Unsecured Creditors, c/o Scott Opincar, McDonald Hopkins LLC, 600 Superior Avenue, Suite 2100, Cleveland, OH 44114-2653 |
| aty | | Robert W Bollar, Southern Counties Oil Co., 1800 W. Katella Ave #400, P.O. Box 4159, Orange, CA 92863-4159 |
| cr | + | Board of Trustees of the Carpenters Southwest Trus, 533 S Fremont Av, Los Angeles, CA 90071-1712 |
| cr | | Buffalo Laborers Benefit Funds, c/o Joy K. Mele, Esq., Gorlick, Kravitz & Listhaus, P.C., 29 Broadway, 20th Floor, New York, NY 10006-3218 |
| cr | + | Carpenters Southwest Administrative Corporation, 533 S Fremont Av, Los Angeles, CA 90071-1712 |
| cr | + | Central States, Southeast and Southwest Areas Pens, 9377 W. Higgins Rd., Rosemont, IL 60018-4973 |
| cr | + | EDCO Tool & Supply, c/o Jerry Edelman, Statutory Agent, 445 Phillipi Rd., Columbus, OH 43228-1311 |
| op | + | EdgePoint Capital Advisors, LLC, 3700 Park East Drive, Suite 160, Beachwood, OH 44122-4339 |
| cr | | G3 Tapes, Inc., c/o Michael S. Tucker, Esq., Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448 |
| cr | + | GMP and Employers Pension Plan, c/o Stoner & Associates, 205 West Fourth Street, Suite 225, Cincinnati, OH 45202-2628 |
| cr | + | Indiana/Kentucky/Ohio Regional Council of Carpente, 3615 Chester Ave., Cleveland, OH 44114-4622 |
| cr | + | Laborers' International Union of North America, Lo, 3250 Euclid Avenue, Cleveland, OH 44115-2529 |
| cr | + | Martin R. Carlson, 2745 Nesbitt Ave., Akron, Oh 44319-1070 |
| cr | + | Navistar Leasing Company, 425 N. Martingale Road, Suite 1800, Schaumburg,, IL 60173-2216 |
| intp | + | Norm Pressley, c/o Dennis J. Wickham, 750 B Street, Suite 2100, San Diego, CA 92101-8177 |
| cr | + | Ohio & Vicinity Carpenters Fringe Benefit Funds, I, 3611 Chester Ave., Cleveland, OH 44114-4622 |
| cr | | Ohio Laborers' Fringe Benefit Programs, c/o steven L. Ball, Esq., 1010 Old Henderson Road, Suite 1, Columbus, OH 43220 |
| fa | | Parkland Group Inc, 1375 E 9th St, 1 Cleveland Center, #1350, Cleveland, OH 44114 |
| cr | | Southern Counties Oil Co, 1800 W. Katella Ave #400, P.O. Box 4159, Orange, CA 92863-4159 |
| cr | + | Southwest Regional Council of Carpenters, 533 S Fremont Av, Los Angeles, CA 90071-1718 |
| cr | | Wells Fargo Equipment Finance, Inc., c/o Michael S. Tucker, Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: sechastain@levy-law.com | Apr 30 2026 21:21:00 | Carpenters Trusts of Western Washington, c/o Levy von Beck & Assocs., 600 University St.., Ste. 3300, Seattle, WA 98101-4172 |
| cr | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Apr 30 2026 21:21:00 | Commonwealth of PA Dept of Labor & Industry, Attn: Joseph Kots, 625 Cherry St, Room 203, Reading, PA 19602-1152 |
| cr | | Email/Text: uibankruptcy@jfs.ohio.gov | Apr 30 2026 21:20:00 | Ohio Department Of Job & Family Services, Revenue Recovery/Litigation, PO Box 182404, Columbus, OH 43218-2404 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Apr 30 2026 21:20:00 | Tennessee Dept of Revenue, c/o TN Attorney General's Office, PO Box 20207, Nashville, TN |

| | | | | |
|---|---|---|---|---|
| | | | | 37202-4015 |
| cr | + | Email/Text: help@corporateunclaimed.com | Apr 30 2026 21:20:00 | Unclaimed Funds Recovery Service VII Inc, 2300 East Fry Blvd, #1630, Sierra Vista, AZ 85636-7067 |
| 21081079 | | Email/Text: uibankruptcy@jfs.ohio.gov | Apr 30 2026 21:20:00 | Ohio Dept of Job & Family Services, PO Box 182413, Columbus, OH 43218-2413 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Aston Hotels & Resorts, LLC |
| acc | | Brian Greene |
| cr | | Burchardt Properties, LLC |
| intp | | CBG BUILDING COMPANY LLC |
| cr | | Cleveland Electric Illuminating Co |
| cr | | Daniel O'Connor Jr. |
| consult | | Daniel Weinmann |
| cr | | Dominion East Ohio |
| cr | | Douglas J. Fiege |
| cr | | Ford Motor Credit Company LLC |
| cr | | GE Capital Commercial, Inc. |
| cr | | General Electric Capital Corporation |
| intp | | Jadyn Mckitrick |
| cr | | James Bingham |
| intp | | Jeremy McKitrick |
| cr | | Kay M. Fiege |
| cr | | Law Offices of John T. Dooley, LLC |
| cr | | Leeward Marine, Inc. |
| cr | | M. Katharine Marsh |
| cr | | Moss Street Properties |
| cr | | Navistar Financial Corporation |
| cr | | North American Scaffolding, Inc. |
| cr | | Peter Bell |
| cr | | Richard K. Mathews |
| intp | | SOUTH ALEX SUBSIDIARY LLC |
| cr | | STATE OF OHIO DEPARTMENT OF TAXATION |
| cr | | Salt River Project Agricultural Improvement & Powe |
| cr | | Sarah J. Bateman |
| cr | | Sidney H. Leung |
| cr | | Southern California Edison Comany |
| cr | | Sursattie Persaud |
| cr | | The James B. Oswald Company |
| acc | | Thornhill Financial |
| cr | | Upper Ohio Valley Laborers Security Fund |
| cr | | Varilease Finance, Inc. |
| intp | | Waco Scaffold & Equipment Co. |
| cr | | Waco Spring Road LLC |
| cr | | Zeferino Quinones |
| aty | ##+ | Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, OH 44114-2309 |

TOTAL: 38 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexis Beachdell | on behalf of Creditor The James B. Oswald Company abeachdell@bakerlaw.com |
| Andrew A. Crampton | on behalf of Creditor Laborers' International Union of North America Local #310 acrampton@tuckerlaw.com, lbuckreis@tuckerlaw.com |
| Anthony J. DeGirolamo | on behalf of Defendant W construction Supply LLC tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com |
| Carrie M Brosius | on behalf of Defendant Aston Hotels and Resorts LLC cmbrosius@vorys.com, mdwalkuski@vorys.com |
| Carrie M Brosius | on behalf of Creditor Leeward Marine Inc. cmbrosius@vorys.com, mdwalkuski@vorys.com |
| Carrie M Brosius | on behalf of Creditor North American Scaffolding Inc. cmbrosius@vorys.com, mdwalkuski@vorys.com |
| Carrie M Brosius | on behalf of Creditor Aston Hotels & Resorts LLC cmbrosius@vorys.com, mdwalkuski@vorys.com |
| Christopher Mark Hill | on behalf of Creditor General Electric Capital Corporation chrish@hillslaw.com tinariggs@hillslaw.com |
| Cynthia A. Jeffrey | on behalf of Creditor Ford Motor Credit Company LLC bankruptcy@weinerlaw.com |
| Cynthia A. Jeffrey | on behalf of Creditor Navistar Financial Corporation bankruptcy@weinerlaw.com |
| David A. Dachner | on behalf of Creditor EDCO Tool & Supply bexleytitle@sbcglobal.net |
| Deke W. Bond | on behalf of Creditor Buffalo Laborers Benefit Funds dbond@gkllaw.com |
| Dennis J. Wickham | on behalf of Interested Party Norm Pressley wickham@scmv.com nazari@scmv.com |
| Derrick Rippy ust11 | derrick.v.rippy@usdoj.gov |
| Derrick Rippy ust11 | on behalf of U.S. Trustee Derrick Rippy ust11 derrick.v.rippy@usdoj.gov |
| Donald Wilson, Jr. | on behalf of Interested Party Jeremy McKitrick dwj@bowwlaw.com kaj@bowwlaw.com |
| Donald Wilson, Jr. | on behalf of Interested Party Jadyn Mckitrick dwj@bowwlaw.com kaj@bowwlaw.com |
| Drew T Parobek | on behalf of Creditor North American Scaffolding Inc. dtparobek@vorys.com, mdwalkuski@vorys.com |
| Drew T Parobek | on behalf of Attorney Official Committee of Unsecured Creditors dtparobek@vorys.com mdwalkuski@vorys.com |
| Edward A Bailey | on behalf of Creditor Navistar Leasing Company bknotice@reimerlaw.com |
| Edward A Bailey | on behalf of Creditor Navistar Financial Corporation bknotice@reimerlaw.com |

| | |
|---|---|
| Frederick S. Coombs, III | on behalf of Creditor Southern California Edison Comany fcoombs@hhmlaw.com |
| Frederick S. Coombs, III | on behalf of Creditor Salt River Project Agricultural Improvement & Power Dis fcoombs@hhmlaw.com |
| Frederick S. Coombs, III | on behalf of Creditor Cleveland Electric Illuminating Co fcoombs@hhmlaw.com |
| Frederick S. Coombs, III | on behalf of Creditor Dominion East Ohio fcoombs@hhmlaw.com |
| Garrison H. Davidson | on behalf of Creditor Carpenters Southwest Administrative Corporation gdavidson@deconsel.com |
| Garrison H. Davidson | on behalf of Creditor Southwest Regional Council of Carpenters gdavidson@deconsel.com |
| Garrison H. Davidson | on behalf of Creditor Board of Trustees of the Carpenters Southwest Trusts gdavidson@deconsel.com |
| Harry W. Greenfield | on behalf of Attorney Ace Group of Insurance hgreenfield@bernsteinlaw.com lyoung@bernsteinlaw.com;hgreenfield@ecf.courtdrive.com |
| Jeffrey M. Levinson | on behalf of Defendant TDR Systems Inc t/a Chutes International jml@jml-legal.com |
| John Alexander Polinko | on behalf of Defendant Granite Industries Inc jpolinko@mcdonaldhopkins.com, docket@wickenslaw.com;epopke@wickenslaw.com |
| Joseph A. Kacyon | on behalf of Creditor Martin R. Carlson joe@hooverkacyon.com |
| Joy K. Mele | on behalf of Creditor Buffalo Laborers Benefit Funds jmele@gkllaw.com |
| Judy K. Brown | on behalf of Creditor Carpenters Trusts of Western Washington jkbrown@levy-law.com |
| Laura J. Walker | on behalf of Interested Party Waco Scaffold & Equipment Co. lwalker@cablehuston.com cdaugherty@cablehuston.com |
| Manju Gupta | on behalf of Attorney Official Committee of Unsecured Creditors manju.gupta@tuckerellis.com jane.turner@tuckerellis.com,burrerk@gtlaw.com,cara.kelly@gtlaw.com |
| Michael B Willey | on behalf of Creditor Tennessee Dept of Revenue agbankohio@ag.tn.gov michael.willey@ag.tn.gov |
| Michael S Tucker | on behalf of Defendant G3 Tapes Inc. mtucker@ubglaw.com |
| Michael S Tucker | on behalf of Creditor G3 Tapes Inc. mtucker@ubglaw.com |
| Michael S Tucker | on behalf of Creditor Wells Fargo Equipment Finance Inc. mtucker@ubglaw.com |
| Pamela J. Scholefield | on behalf of Defendant Brewer Crane and Rigging pam@construction-laws.com |
| Patrick A. Hruby | on behalf of Plaintiff Richard A. Baumgart patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Patrick A. Hruby | on behalf of Trustee Richard A. Baumgart patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Richard A. Baumgart | on behalf of Trustee Richard A. Baumgart baumgart_trustee@dsb-law.com rbaumgart@ecf.axosfs.com |
| Richard A. Baumgart rbaum04 | on behalf of Plaintiff Richard A. Baumgart baumgart_trustee@dsb-law.com rbaumgart@ecf.epiqsystems.com;phruby@dsb-law.com |
| Richard A. Baumgart rbaum04 | on behalf of Trustee Richard A. Baumgart baumgart_trustee@dsb-law.com rbaumgart@ecf.epiqsystems.com;phruby@dsb-law.com |
| Richard E. Kruger | on behalf of Creditor Varilease Finance Inc. rkruger@taftlaw.com, ttorni@jaffelaw.com |

| | |
|---|---|
| Robert D. Barr | barr-trustee@koehler.law rdb@trustesolutions.net;syackly@koehler.law |
| Robert G. Hanseman | on behalf of Creditor GMP and Employers Pension Plan rhanseman@ssdlaw.com |
| Robert M. Stefancin | on behalf of Creditor Moss Street Properties rstefancin@bernsteinlaw.com robert-stefancin-0240@ecf.pacerpro.com;lyoung@bernsteinlaw.com |
| Roger J. Stevenson | on behalf of Defendant Waco Spring Road LLC rstevenson@ralaw.com |
| Roger J. Stevenson | on behalf of Creditor Waco Spring Road LLC rstevenson@ralaw.com |
| Scott D. Fink | on behalf of Creditor Daniel O'Connor Jr. ecfndoh@weltman.com |
| Scott D. Fink | on behalf of Creditor Law Offices of John T. Dooley LLC ecfndoh@weltman.com |
| Scott D. Fink | on behalf of Creditor Zeferino Quinones ecfndoh@weltman.com |
| Scott N Opincar | on behalf of Defendant Regional Equipment Servics Inc sopincar@mcdonaldhopkins.com bkfilings@mcdonaldhopkins.com |
| Scott N Opincar | on behalf of Attorney Official Committee of Unsecured Creditors sopincar@mcdonaldhopkins.com bkfilings@mcdonaldhopkins.com |
| Sean D. Malloy | on behalf of Attorney Official Committee of Unsecured Creditors smalloy@mcdonaldhopkins.com bkfilings@mcdonaldhopkins.com;tmathews@mcdonaldhopkins.com |
| Spencer Lutz | on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov |
| Steven L Ball | on behalf of Creditor Ohio Laborers' Fringe Benefit Programs sball@balltanourylaw.com KBerger@balltanourylaw.com |
| Theodore A. Konstantinopoulos | on behalf of Creditor GE Capital Commercial Inc. midwestbk@dallegal.com |
| Tim Robinson | on behalf of Creditor M. Katharine Marsh tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Burchardt Properties LLC tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor James Bingham tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Peter Bell tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Sarah J. Bateman tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Sursattie Persaud tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Richard K. Mathews tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Kay M. Fiege tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Douglas J. Fiege tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Tim Robinson | on behalf of Creditor Sidney H. Leung tim.robinson@dinsmore.com lisa.geeding@dinsmore.com |
| Timothy C. Reuter | on behalf of Intervenor Central States Southeast and Southwest Areas Pension Fund, c/o Timothy Reuter treuter@centralstatesfunds.org |
| Timothy C. Reuter | on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund, c/o Timothy Reuter treuter@centralstatesfunds.org |

| | |
|---|---|
| Timothy Paul Piatt | on behalf of Creditor Ohio & Vicinity Carpenters Fringe Benefit Funds Inc. tppiatt@mgplaborlaw.com |
| Timothy R. Piatt | on behalf of Creditor Upper Ohio Valley Laborers Security Fund tpiatt@mgplaborlaw.com tcrable@mgplaborlaw.com |
| Tyson A. Crist | on behalf of Creditor Moss Street Properties Tyson.Crist@icemiller.com Kelli.Bates@icemiller.com |
| William E Schonberg | on behalf of Attorney Benesch Friedlander, Coplan & Aronoff LLP wschonberg@beneschlaw.com, docket@beneschlaw.com;cvaughn@beneschlaw.com;lbehra@beneschlaw.com |
| Zoran Balac | on behalf of Interested Party CBG BUILDING COMPANY LLC zbalac@pattakoslaw.com |
| Zoran Balac | on behalf of Interested Party SOUTH ALEX SUBSIDIARY LLC zbalac@pattakoslaw.com |

TOTAL: 79

**IT IS SO ORDERED.**

**Dated: 30 April, 2026 12:54 PM**

Suzana Krstevski Koch
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 11-17843-(SKK)** |
| | ) | |
| **Waco Holdings, Inc.,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Judge Suzana Krstevski Koch** |

**ORDER WAIVING FEE**

Upon the *Request of the United States Trustee for Filing Fee Waiver* (the "Request"); the Court having jurisdiction to consider the Motion and the relief it requests under 28 U.S.C. §§ 157 and 1334; such consideration being a core proceeding under 28 U.S.C. § 157(b); venue being proper under 28 U.S.C. §§ 1408 and 1409; the Court having considered the arguments presented; notice of the Motion having been adequate and appropriate; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Request is **GRANTED**.

**IT IS FURTHER ORDERED** that the $260 filing fee associated with the *Motion of the United States Trustee for Entry of an Order Reopening Case, Deferring Filing Fee, and Directing the Appointment of Chapter 7 Trustee* is **WAIVED**.

# # #

Respectfully submitted by:

*<u>/s/ Spencer H. Lutz</u>*
Spencer H. Lutz (0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216)-522-8289
Email: Spencer.Lutz@usdoj.gov

## Certificate of Service

The Clerk hereby certifies that a copy of the foregoing Order was transmitted upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Edward A Bailey bknotice@reimerlaw.com
- Zoran Balac zbalac@pattakoslaw.com
- Steven L Ball sball@balltanourylaw.com, KBerger@balltanourylaw.com
- Robert D. Barr barr-trustee@koehler.law, rdb@trustesolutions.net;syackly@koehler.law
- Alexis Beachdell abeachdell@bakerlaw.com
- Deke W. Bond dbond@gkllaw.com
- Carrie M Brosius cmbrosius@vorys.com, mdwalkuski@vorys.com
- Judy K. Brown jkbrown@levy-law.com
- Frederick S. Coombs fcoombs@hhmlaw.com
- Andrew A. Crampton acrampton@tuckerlaw.com, lbuckreis@tuckerlaw.com
- Tyson A. Crist Tyson.Crist@icemiller.com, Kelli.Bates@icemiller.com
- David A. Dachner bexleytitle@sbcglobal.net
- Garrison H. Davidson gdavidson@deconsel.com
- Anthony J. DeGirolamo tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com
- Scott D. Fink ecfndoh@weltman.com
- Harry W. Greenfield hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com;hgreenfield@ecf.courtdrive.com
- Manju Gupta manju.gupta@tuckerellis.com, jane.turner@tuckerellis.com,burrerk@gtlaw.com,cara.kelly@gtlaw.com
- Robert G. Hanseman rhanseman@ssdlaw.com
- Christopher Mark Hill chrish@hillslaw.com, tinariggs@hillslaw.com
- Patrick A. Hruby patrick.hruby@brockandscott.com, wbecf@brockandscott.com
- Cynthia A. Jeffrey bankruptcy@weinerlaw.com
- Joseph A. Kacyon joe@hooverkacyon.com
- Theodore A. Konstantinopoulos midwestbk@dallegal.com
- Richard E. Kruger rkruger@taftlaw.com, ttorni@jaffelaw.com
- Jeffrey M. Levinson jml@jml-legal.com
- Spencer Lutz spencer.lutz@usdoj.gov
- Sean D. Malloy smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;tmathews@mcdonaldhopkins.com
- Joy K. Mele jmele@gkllaw.com
- Scott N Opincar sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Scott N Opincar sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Drew T Parobek dtparobek@vorys.com, mdwalkuski@vorys.com

- Timothy Paul Piatt tppiatt@mgplaborlaw.com
- Timothy R. Piatt tpiatt@mgplaborlaw.com, tcrable@mgplaborlaw.com
- John Alexander Polinko jpolinko@mcdonaldhopkins.com, docket@wickenslaw.com;epopke@wickenslaw.com
- Timothy C. Reuter treuter@centralstatesfunds.org
- Tim Robinson tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- Pamela J. Scholefield pam@construction-laws.com
- William E Schonberg wschonberg@beneschlaw.com, docket@beneschlaw.com;cvaughn@beneschlaw.com;lbehra@beneschlaw.com
- Robert M. Stefancin rstefancin@bernsteinlaw.com, robert-stefancin-0240@ecf.pacerpro.com;lyoung@bernsteinlaw.com
- Roger J. Stevenson rstevenson@ralaw.com
- United States Trustee (Registered address)@usdoj.gov
- Michael S Tucker mtucker@ubglaw.com
- Laura J. Walker lwalker@cablehuston.com, cdaugherty@cablehuston.com
- Dennis J. Wickham wickham@scmv.com, nazari@scmv.com
- Michael B Willey agbankohio@ag.tn.gov, michael.willey@ag.tn.gov
- Donald Wilson dwj@bowwlaw.com, kaj@bowwlaw.com

Via regular United States Mail, postage pre-paid:

Robert W Bollar
Southern Counties Oil Co.
1800 W. Katella Ave #400
P.O. Box 4159
Orange, CA 92863-4159

Commonwealth of PA Dept of Labor & Industry
Attn: Joseph Kots
625 Cherry Street, Room 203
Reading, PA 19602-1152

Dettlebach, Sicherman & Baumgart
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169

EdgePoint Capital Advisors, LLC
3700 Park East Drive, Suite 160
Beachwood, OH 44122

Indiana/Kentucky/Ohio Regional Council of Carpenters
3615 Chester Ave.
Cleveland, OH 44114

Ohio Department Of Job & Family Services
Revenue Recovery/Litigation

PO Box 182404
Columbus, OH 43218-2404

Parkland Group Inc
1375 E 9th St
1 Cleveland Center
#1350
Cleveland, OH 44114

Unclaimed Funds Recovery Service VII Inc
2300 East Fry Blvd, #1630
Sierra Vista, AZ 85636